IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE WHYTEFAWN KENDRICK                              PETITIONER

v.                              Civil No. 05-5161

LARRY NORRIS, Director,
Arkansas Department of Correction                          RESPONDENT

**O R D E R**

This matter comes before the court for a determination regarding petitioner's in forma pauperis application. Having reviewed the application filed September 20, 2005 (Doc. #3), we find it should be granted and petitioner will be allowed to proceed as a pauper in this matter. The matter of service will be determined at a later date.

IT IS SO ORDERED this 21st day of September 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE