IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE WHYTEFAWN KENDRICK                    PETITIONER

v.                         Civil No. 05-5161

LARRY NORRIS, Director,                          RESPONDENT
Arkansas Department of Correction

### O R D E R

The undersigned has received additional information from petitioner Kendrick regarding her claims for habeas corpus relief set out in her 28 U.S.C. § 2254 petition. The Clerk of Court is directed to file the additional information as "Exhibit 1 to Petition."

Kendrick is HEREBY ORDERED not to file further paperwork in this case until and unless directed to do so by the court. The court is aware of Kendrick's claims and has not as yet ordered service of the petition upon the respondent Larry Norris.

IT IS SO ORDERED this 22nd day of September 2005.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 26 2005

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

_Beverly Stites Jones_
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

To Judge Stiles Jones
Magistrate Western District
P.O. Box 1525
Ft. Smith, AR 72902-1525

Sept 15, 2005

Dear Judge Stiles-Jones

Hello, I hope this letter finds you & your staff in good spirit this Sept '05.

Re: Writ of State Prisoner for Habeas Corpus Case

I'm writing again to give you additional information that was finally made copies for me.

1- Statement from circuit court - "NO EXTRADITION PAPER WORK"

2- I tried repeatedly for prosecutor charity clerk & James A Roe & Been Denied at every turn. Sen July 1/05 to Present

2- Washington's warrant mailed to me at the Paulsen Prison 9/23/05 - (9/26/04) = 15 months after going to court.

3- On 7/15/05 filed a Rule 37 - 60 days after case Judge Clinger refuses to hear until after it expired Sept 3/05 making my claim invalid this was to

earliest I could have filed.

Past conviction Snoopys Bed & Kennel Warrant only — Guilty to owing checks due Not guilty to writing them —

Not Guilty to Ozark Wholesale Merchandise nor was I ever filed or served on this checking account. Penny Sue Pollen plead guilty to forgery & stolen check charge 9/2/03 & stated date, judge haven't what checking account & dates.

Judge & lawyer wouldn't listen to what I said guilty of wrong entity same thing its not. Both case 2002-480-1 — 3/29/04 — 7/15/04 5 mo
"    "    2004-393-2 — 7/12/04 — 7/15/04.
63 Days

Publ 37 7/15/04 — I was only asked on 2004-393-2 not 2002-480-1 — But motion Petition 7/15/04, 10/5/04, 1/15/05, 7/5/05 & 6/15/05 — my request went on answer for 1 yr until Judy Keth final order 1/15/05 — to may 1/05 sent July 1/05 7 month later. So I couldn't file until I received word on notice of Petition

I also have a pretrial detainee on me that I have enclosed. I am now on appeal 6/5/05

To Judge Bev Stiles Jones
Magistrate Western District
P.O. Box 1525
Ft Smith, Ark 72902-1525

Sept 13, 2005

Dear Judge Bev Stiles Jones

   Hello, I have enclosed    Re: Writ for State
your federal/US District court    Habeas Corpus

   "Application to proceed w/o Prepayment
of Fees & Affidavit."

   I sent you the Affidavit Sat 9/10/05
as it states I'm indigent until I can
when my civil law suit that is connected
to this

   Writ of Habeas corpus by State Prisoner


   I recieve a letter I'm enclosing from Jackson
Co Court House that want $26.04 to file
a Petition for Habeas corpus.

   But I've been indigent since 4/8/05 to present
all funds have been exhaused since then
and owe the state CMS - Medical

of $84 - as of 9/13/05 + when I'm release fro Prison + $57 postage

My Average Balance $10.89 since 2/8/05 - $130.00 was the cost of my money.

Enclose is the Order setting inliel fily Fee By Judg H.C. 8/29/05-

ZERO FUNDS MEANS INDIGENT

I hope you will see it in your way to See $5.00 Since Jackson co. Ct Court refused my application for Petition of Habeas corpus c $100 - & expects Payment of $26.04 - from a welfs Acct

clue en close is the bill -

Sincerly yours

Cecil (Pryor) Kendrick # 708204
% McPherson Prison
302 WACKEN Kut WAy Sg 211
Newport, Ark 72112-8008

"not guilty of violator of Federal Probation" unquote BILL DUNN JR. P.O

MIKE SCOTT - PRE SENTENCING OFFICER HAS NEVER BEEN MY P.O & NEVER WILL BE.

ONLY BEEN TO MY HOME 11/6/02 - NEVER AGAIN

BILL DUNN JR @ month, has been to my home & moved to do a home inspection. MIKE SCOTT HAS NEVER ACCOMPANIED HIM EITHER.

I REPORT 2 month since I've been in custody for 2 YRS. Bill Dunn came to see me @ monthly JAN, FEB, MAR, APRIL, MAY & JUN/04 REPORTED LATE IN July was indigent & couldn't put in envelopes to put into Aug/04 to Present Bill Dunn Jr. has been called down here & Marshall on Annapolis for Harassing me constantly.

This Aditional information for Habeas Corpus Writ by State Prisoner. Arrest Sent is as well for the check charges Bonnie Kay Newton Plead guilty 3/18/04 & Penny Kelly Koller Plead guilty 9-1-05 Em Trying to get my mom Dally and me.

eu Kendrick # 706204
MCPHERSON PRISON, 302 Wacken Hut WAY NEWPORT

12/12/2005



# Pam Graham
### Jackson County Circuit Clerk
### Jackson County Courthouse
### Newport Arkansas  72112

Date  September 12, 2005

Name  Catherynne Kendrick

Address  302 Wackenhut Way 2 13-13

Newport, AR  72112

### Please see instructions pertaining to your case

_____We are returning you paperwork to be sent back with a calculation form filled out by an inmate banking official. When this is done our Judge will determine if there is a filing fee in this case. If so, this amount must be paid before we can file your case.

_____I am returning a file-marked copy of your _____

_____You need to get a waiver signed by your spouse.

  X   When the amount of  $26.14  as stated on your order is paid we will file your case. We cannot file your case until this amount is paid.

_____ Other Instructions
_____
_____
_____

# CALCULATION OF INITIAL PAYMENT
# OF FILING FEE

PLAINTIFF: _KENDRICK, CATHERYNNE_   ADC Number: _708204_

Total Deposits for preceding six (6) months   $ _130.21_ x 20%
Multiply by 20%

Initial Partial Filing Fee   $ _26.04_

Current Trust Account Balance   $ _0_

AUTHORIZATION:
_MCPHERSON_   _Myrtle McGinnis_   _8-14-2005_
Unit Location   Agency Official   Date of Approval

***

IN THE _Circuit_ COURT OF _Jackson_ COUNTY, ARKANSAS:

_KENDRICK, CATHERYNNE W_   PLAINTIFF

V.   CASE NO.: _05_

_Larry Norris - Director_
_Ark Dept of Correction_   DEFENDANT

## ORDER SETTING INITIAL
## PARTIAL FILING FEE

Now on this day is presented the pleading of the plaintiff, and the Court, having determined that the plaintiff is not indigent, the Court now, in accordance with Act 340 of 1997, hereby finds that plaintiff is required to pay the statutory filing fee of $100 for bringing this action. The Court assesses and sets an initial partial filing fee of $_26.04_.

Upon receipt of payment of the above set initial partial filing fee, the Clerk of this Court is authorized and directed to receive for filing plaintiff's pleading.

After payment of the initial partial filing fee, plaintiff will be obligated to pay the balance of the statutory filing fee of $100 by making payment of all funds credited to plaintiff's prison trust account each time the amount in the trust account exceeds $10 until the statutory filing fee of $100 is paid in full.

The director of the Arkansas Department of Correction or his designee shall collect plaintiff's funds as directed herein and forward the same to the Clerk of this Court until said statutory filing fee is paid in full.

The Clerk is directed to send an executed copy of this order to the Administrative offices of record of the Arkansas Department of Correction and the Unit Location of the plaintiff as noted hereinabove.

IT IS SO ORDERED THIS _29_ DAY OF _August_, 20_05_.

Judge _____

Case 5:05-cv-05161-JLH   Document 5   Filed 09/26/2005   Page 9 of 20

Judge Stetes Jones

Trust Fund Resident Activity
7/13/2005 8:11 AM

Arkansas Department of Correction
Resident Id: 708204
From: 7/13/2004
To: 7/13/2005

Trust Fund Resident Activity
7 Of 7

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | ($3.95) |
| ※ | 1447866 | 3/28/2005 8:15:31 AM | Sale | | | |
| ※ | 1459912 | 3/31/2005 11:46:37 ... | Group Disbursement | 31382 | Medical Co-Pay -3/2005 | $0.00 |
| ※ | 1467921 | 4/5/2005 9:48:24 AM | Group Assignment | | | $0.00 |
| ※ | 1467929 | 4/5/2005 9:49:04 AM | Sale | | | ($5.67) |
| ※ | 1475324 | 4/6/2005 4:06:12 PM | Sale | | | ($0.46) |
| ※ | 1476114 | 4/7/2005 9:14:07 AM | Sale | | | ($0.83) |
| ※ | 1478753 | 4/7/2005 2:48:28 PM | Resident Withdrawal | 31950 | Creative Writting #435592 - (2... | ($55.00) |
| ※ | 1481249 | 4/8/2005 1:18:17 PM | Sale | | owe 2.87 | ($3.39) |
| ※ | 1481824 | 4/9/2005 12:30:09 AM | Automated Payment | | Medical - 04/08/2005 - 23 | ($3.00) |
| ※ | 1524480 | 4/26/2005 3:26:43 PM | Sale | | | $0.00 |
| ※ | 1527683 | 4/27/2005 2:19:13 PM | Sale | | Reversed Task No. 1524480 | $0.00 |
| ※ | 1527689 | 4/27/2005 2:20:28 PM | Sale | | | $0.00 |
| ※ | 1559796 | 5/10/2005 1:21:12 PM | Sale | | | $0.00 |
| ※ | 1560426 | 5/10/2005 3:11:59 PM | Sale | | Reversed Task No. 1559796 | $0.00 |
| ※ | 1568632 | 5/13/2005 12:30:13 ... | Automated Payment | | Medical - 05/12/2005 - 24 | ($3.00) |
| ※ | 1595801 | 5/24/2005 1:05:26 PM | Sale | | | $0.00 |
| ※ | 1596044 | 5/24/2005 2:06:54 PM | Sale | | Reversed Task No. 1595801 | $0.00 |
| ※ | 1625358 | 6/7/2005 1:19:09 PM | Sale | | | $0.00 |
| ※ | 1644034 | 6/14/2005 9:21:49 AM | Sale | | | $0.00 |
| ※ | 1668929 | 6/23/2005 8:06:06 AM | Group Assignment | | | $0.00 |
| ※ | 1696139 | 7/6/2005 2:26:56 PM | Group Assignment | | | $0.00 |
| ※ | 1696144 | 7/6/2005 2:27:17 PM | Group Assignment | | | $0.00 |
| **Ending Balance** | | | | | | |
| ※ | | | | | | ($6.00) |

100/10

**BRENDA DeSHIELDS**
CIRCUIT CLERK & RECORDER

Bonita Stubbs
Administrative Assistant

# BENTON COUNTY
## CIRCUIT CLERK

NINETEENTH JUDICIAL DISTRICT WEST

Benton County Courthouse
Courts Office
102 NE "A" Street
Bentonville, AR 72712

Benton County Administration Bldg.
Recorders Office
215 E. Central St., Suite 6
Bentonville, AR 72712

Ms. Kendrick,

You have two criminal cases in Benton County CR02-480-01 + CR04-393-02. Neither one has an amended judgment. We do not have ~~extradition paperwork in your file.~~ That would be something you would have to get from the PA's office. I don't know who has the checks you are requesting, but I believe that would be the Hotchecks division of the PA's office.

To Circuit Court Clerk
Benton Co Div 1
100 N E "A" St., 1st Fl
Bentonville Ark 72712

FILED
2005 JUL 20 AM 10 51
BRENDA DESHIELDS
CLERK AND RECORDER
BENTON COUNTY, AR

July 18, 2005

Dear CC Div 1

 Hello, I hope this letter     RE: CR 2002-480-1
finds you & your staff in
good spirits this July '05

I am writing in regards to my jail
credit from 2002-2003, & 2003-2004
not received to my prison term of 10 yr

I am in need of Amendmt Judgmt &
Commitment for my jail cred:

1 - 4/23/02 to 3/18/03 = 354 days granted 3/18/03
 by Judge Keith toward prison term
2 - 9/19/03 to 3/29/04 = 191 days granted 3/29/04
 by Judg Keith toward prison Term

also ne copies of extradition Papers Signed
4/4/03 to return to Ark fr Ada Co, Boise, Idaho
on Warrent #

I have filed an appeal with Judge

Staggs in Benton co District court on my
2002-480-1 case:

He states my commitment papers don't exist
in your court house.?
But yet I'm in custody doing 10 yrs for a
crime I did not commit.

Please send me copies of said checks
on ① Snoopys Beagle Kennel (2003)
    ② Ozark Wholesale Merchandise co (2003)
    ③ RA Kendrick's fence & lawn care (2002)

Write me at

Catherine W Kendrick - Odem # 708207
%OMCT Mcpherson Prison
302 w Sclendid wg 2-B-3
Newport AR 72112-8008

Please correct your error at the tin
this warrant or commit my name was no
longer Kendrick Sene 4/10/03
as of 6/23/03 to Present its Been O'Dum. cw

This letter is being wrote By a Blind Person
Sens 6/20/05 to Present



IN THE CIRCUIT COURT OF BENTON COUNTY, ARKANSAS
DIVISION TWO

STATE OF ARKANSAS                                              PLAINTIFF

vs.                    NO. CR 2004-393-2
                          2002-480-1
CATHRYNNE KENDRICK                                             DEFENDANT

## STATE'S RESPONSE TO DEFENDANT'S MOTION FOR CREDIT FOR FINES IN EXCHANGE FOR JAIL

Comes now James A. Roe, Deputy Prosecuting Attorney, and in response to defendant's motion states:

1. On May 12, 2004, the defendant pled guilty to Violation of Arkansas Hot Check Law, a C Felony, and received a five (5) year suspended imposition of sentence to commence upon release from the department of correction on a Benton County Division One revocation. The defendant was also ordered to pay $150 in court costs, a $350 public defender fee, a $250 DNA fee and $2,696.87 in victim restitution.

2. On August 30, 2004, the defendant filed her motion to get credit for fines and costs owed in exchange for jail credit.

3. This relief would call for the altering of the defendant's sentence.

4. The only available remedies for altering a sentence appear under A.C.A. § 16-90-111 if the sentence is plainly illegal on its face, or the proper avenue for post-conviction relief of sentence is through Rule 37 of the Arkansas Rules of Criminal Procedure.

5. The Defendant's sentence of five (5) years suspended imposition of sentence and

fines, costs and victim restitution of $2,696.87 for a Class C Felony is clearly a valid sentence and thus relief pursuant to A.C.A. § 16-90-111 is unavailable;

6. The defendant's petition was filed one hundred and ten (110) days after her plea of guilty.

7. Rule 37 requires petitions for relief to be filed within ninety (90) days of a plea of guilty, thus the Petition is untimely;

8. The trial court is without jurisdiction to consider the merits of untimely petitions for relief under Rule 37, Doyle v. State, 890 S.W.2d 256 (1994).

WHEREFORE, the State of Arkansas respectfully prays the Court deny the defendant's motion for credit for time served.

Respectfully submitted,

ROBERT C. BALFE
PROSECUTING ATTORNEY

By: _____
James A. Roe
Deputy Prosecuting Attorney
Benton County Prosecuting Attorney's Office
100 NE "A" St.
Bentonville, AR  72712

## CERTIFICATE OF SERVICE

I, James A. Roe, do hereby certify and affirm that I have served a true and correct copy of the above and foregoing to the following person(s) via United States mail, postage prepaid, on this _1st_ day of ~~August~~ September, 2004.

Catherynne Kendrick
#400204
Arkansas Department of Corrections
McPherson Unit
302 Wackenhut Way
Newport, AR  72112

_____
James A. Roe
Deputy Prosecuting Attorney

NO. CR D3-1723-4

058105

## Washington County Prosecutor's Form Affidavit
in the ___CIRCUIT___ court of ___WASHINGTON COUNTY___ Arkansas
affidavit for warrant of arrest for the following person

**POTENTIAL DEFENDANT'S NAME:** Catherynne W. Kendrick

**DRIVER'S LICENSE #:** AR-905431981

**STREET ADDRESS:** 24132 W Hwy 12  *(Gentry, AR 72734 — wrong town)*

**CITY, STATE, ZIP:** Siloam Springs, AR

**SOCIAL SECURITY #:**

**PLACE OF EMPLOYMENT:**

**PHONE NUMBER:**

**EMPLOYMENT ADDRESS:**

**DOB/RACE/SEX:** Cauc / Female

**EMPLOYMENT PHONE #:**

FILED FOR RECORD 2003 SEP 15 PM 12:52 WASHINGTON CO AR CIRCUIT CLERK

Pursuant to Rule 7.1 of the Arkansas Rules of Criminal Procedure, the undersigned, being duly sworn, deposes and says that he has reason to believe that the above named person has committed the crime of ☒ (Arkansas Hot Check Law) violating Ark. Code Ann. 5-37-302, et. seq. obtaining property with check drawn on insufficient funds ☐ THEFT, Ark. Code Ann. 5-37-307, et. seq. obtaining property with check drawn on a closed account, committed as follows, to-wit: That said person on the 6, 9 day of June, 2003 in Washington County, Arkansas, did make, draw, order, or deliver with the intent to defraud, a check, draft or order specifically:

**Face Value of Checks or Amounts:** CK#1124 = $423.98    CK#1131 = 1564.96

**Bank Drawn On:** ARVEST (Siloam Springs, AR)

**Merchant Paid To:** Matthew R Haught

**Was the Account Closed or Insufficient:** Closed on Both

This check was given by the drawer in payment for goods and/or services, and was not given as payment on a pre-existing debt. The check was accepted with the expressed or implied understanding that it was good. The check was not postdated, the payee was not asked and did not agree to hold the check until a later date, and the drawer did not state or imply that the check would not be honored at the bank. I also swear that the attachments hereto are true and correct. I understand that a warrant of arrest will be filed as a result of my signing this affidavit and the above named person will be arrested. If there is a trial, I will testify on behalf of the State of Arkansas.

**SIGNATURE OF EMPLOYEE OR OWNER:** Matthew R Haught

**BUSINESS NAME:** General Wire & Supply

**BUSINESS ADDRESS:** 3200 S Thompson, Springdale, AR 72764

**BUSINESS PHONE:** (479) 751-9552

At the time the instrument was returned unpaid by the payor's institution, my account was charged $2.50 each  5.00

SUBSCRIBED AND SWORN to before me, this 19th day of June, 2003

BY: Karen D. Westfall
Notary Public OR Hot Checks Collection Administrator

STATE OF ARKANSAS, COUNTY OF WASHINGTON - My Commission Expires 03/07/06

I hereby find that this sworn affidavit demonstrates reasonable and the probable cause for the issuance of a warrant of arrest for the above named individual for the above stated offense.

_____ JUDGE

_____ PROSECUTING ATTORNEY / DEPUTY PROSECUTING ATTORNEY

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
FOURTH DIVISION

STATE OF ARKANSAS   )
COUNTY OF WASHINGTON)

CR 03-1723-4

### ARREST WARRANT

TO ANY SHERIFF, CONSTABLE, POLICEMAN OR LAW ENFORCEMENT OFFICER IN THE STATE OF ARKANSAS:

It appearing upon Information that there are reasonable grounds for believing that **CATHY KENDRICK** has committed the offense of VIOLATION OF THE ARKANSAS HOT CHECK LAW, a Class C Felony, in the County of Washington, State of Arkansas, and you are therefore commanded forthwith to arrest **CATHY KENDRICK** and bring him/her before the Judge of this Court to answer said Information and to be dealt with according to the law.

WITNESS my hand and seal of said court, this 15th day of September, 2003.

BETTE STAMPS, CIRCUIT CLERK
BY: _____
DEPUTY CIRCUIT CLERK

NEVER RECIEVED UNTIL 7/25/05

SERVED BY: _____   DATE: _____

ORIGINATING AGENCY: WASHINGTON COUNTY SHERIFF'S DEPARTMENT

-----------------------------------------------
TOTAL RESTITUTION DUE AS OF SEPTEMBER, 2003: $ 2552.94
-----------------------------------------------
Pursuant to judicial determination, bond is $ 2500 / d.o., cash, or corporate surety, on this warrant of arrest.

5/9/04 - 1st two
5/20/04 - 2nd bn

2/3

IN THE CIRCUIT COURT OF WASHINGTON COUNTY, ARKANSAS
FOURTH DIVISION

STATE OF ARKANSAS  )
COUNTY OF WASHINGTON)

CR 03-1723-4

### ARREST WARRANT  3609  F03  09

TO ANY SHERIFF, CONSTABLE, POLICEMAN OR LAW ENFORCEMENT OFFICER IN THE STATE OF ARKANSAS:

It appearing upon Information that there are reasonable grounds for believing that CATHY KENDRICK has committed the offense of VIOLATION OF THE ARKANSAS HOT CHECK LAW, a Class C Felony, in the County of Washington, State of Arkansas, and you are therefore commanded forthwith to arrest CATHY KENDRICK and bring him/her before the Judge of this Court to answer said Information and to be dealt with according to the law.

WITNESS my hand and seal of said court, this 15th day of September, 2003.

BETTE STAMPS / CIRCUIT CLERK
BY: _____
DEPUTY CIRCUIT CLERK

SERVED BY: K. Schmidt    DATE: 5-6-04

ORIGINATING AGENCY: WASHINGTON COUNTY SHERIFF'S DEPARTMENT

---

TOTAL RESTITUTION DUE AS OF SEPTEMBER, 2003: $ 2552.94

---

Pursuant to judicial determination, bond is $ 2500.00 , cash, or corporate surety, on this warrant of arrest.

**WARRANT RECEIVED**

SEP 17 2003

*Original*

*Kendrick, Catherynne #708204* BKS #13

**U.S. Department of Justice**
United States Marshals Service

# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

UNITED STATES MARSHAL
EASTERN DISTRICT OF ARKANSAS

**DATE RECEIVED**

**JUL 19 2004**

*Please type or print neatly:*

TO:  Arkansas Department of Corrections
     Ronald McPherson Correctional Facility
     Attn: Records Department
     302 Wackenhut Way
     P.O. Box 1058
     Newport, AR 72112

DATE: July 16, 2004      **McPHERSON RECORDS**
SUBJECT: KENDRICK, CATHERYNNE W.
AKA:
DOB/SSN: 06/10/1964 W/F
USMS #: ADC #708204
CR #: 02-50009-01

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Western District of Arkansas has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible. *(Is on my appeal 4/5/05 Didn't violate Federal Probation)*

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do **NOT** apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. In addition, please provide one copy of the Detainer to the subject and return one copy of the Detainer to this office in the enclosed self-addressed envelope.

*[handwritten notes:]*
Bell Quinn Jr Sr. U.S.P.O.
(800) 082-5718
(479) 442-9891
(479) 783-5761 (FAY)

Western Dist U.S. Marshals - Peacock
(479) 442-6141
(479) 443-1624 (FAX)

Very truly yours,
for C. Carbonne
Ray E. Carnahan
United States Marshal
Eastern Dist of Arkansas
445 USPO Court House
600 W Capitol Ave
Little Rock AR 72201

| RECEIPT |
|---|
| Date: 7-19-04 |
| Signed: Phluc Coburn |
| By: Phluc Coburn |
| Title: Acting Records Supv. |

Form USM-16d
Est. 11/98
PRIOR EDITIONS ARE OBSOLETE AND NOT TO BE USED