IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHERYNNE WHYTEFAWN KENDRICK                    PETITIONER

    V.            Civil No. 05-5161

LARRY NORRIS, DIRECTOR,
ARKANSAS DEPARTMENT OF
CORRECTION                                       RESPONDENT

## O R D E R

On this 13th day of April 2006, there comes on for consideration the Report and Recommendation (Doc. 16) filed in this case on March 27, 2006, by the Honorable Beverly Stites Jones, United States Magistrate for the Western District of Arkansas. No objections have been filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2254 petition is hereby dismissed with prejudice as barred by the statute of limitations.

IT IS SO ORDERED.

                                          /S/JIMM LARRY HENDREN
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE